UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENERAL ORDER 09 - 1
January 6, 2009

**REGARDING THE E-GOVERNMENT ACT AND PERSONAL IDENTIFIERS**

In compliance with the Policy of the Judicial Conference of the United States and the E-Government Act of 2002, in all civil and criminal actions, counsel and *pro se* litigants shall read and comply with Local Rule 5.3 governing personal data identifiers (that is: social security numbers; dates of birth; names of minor children; and financial account numbers). These personal identifiers shall be redacted before documents, including exhibits, are filed for the public file within the CM/ECF system. Failure to comply with the Local Rule may result in sanctions (such as the striking of a pleading or the imposition of monetary penalties).

So Ordered.

| | |
|---|---|
| *Mark L. Wolf* | *Joseph L. Tauro* |
| Mark L. Wolf | Joseph L. Tauro |
| Chief Judge | United States District Judge |
| | |
| *Rya W. Zobel* | *William G. Young* |
| Rya W. Zobel | William G. Young |
| United States District Judge | United States District Judge |
| | |
| *Douglas P. Woodlock* | *Nathaniel M. Gorton* |
| Douglas P. Woodlock | Nathaniel M. Gorton |
| United States District Judge | United States District Judge |
| | |
| *Richard G. Stearns* | *Reginald C. Lindsay* |
| Richard G. Stearns | Reginald C. Lindsay |
| United States District Judge | United States District Judge |
| | |
| *Patti B. Saris* | *Nancy Gertner* |
| Patti B. Saris | Nancy Gertner |
| United States District Judge | United States District Judge |
| | |
| *Michael A Ponsor* | *George A. O'Toole* |
| Michael A Ponsor | George A. O'Toole |
| United States District Judge | United States District Judge |
| | |
| *F. Dennis Saylor IV* | *Edward F. Harrington* |
| F. Dennis Saylor IV | Edward F. Harrington |
| United States District Judge | Senior United States District Judge |
| | |
| *Morris E. Lasker* | |
| Morris E. Lasker | |
| Senior United States District Judge | |